**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**LAFAYETTE DIVISION**

| | |
|---|---|
| **SHANNON CELESTINE** | **CASE NO. 6:21-CV-01990** |
| **VERSUS** | **JUDGE ROBERT R. SUMMERHAYS** |
| **ABILITY RECOVERY SERVICES L L C** | **MAGISTRATE JUDGE CAROL B. WHITEHURST** |

**ORDER**

Plaintiff has been served more than fourteen (14) days ago with a Notice of Intent to Dismiss this case under **LR 41.3** for the reason that no action toward the prosecution of this civil action has been taken within six (6) months and Plaintiff has failed to show good cause for this deficiency. Accordingly,

**IT IS ORDERED that this action be dismissed in its entirety**. This action may be reinstated within thirty (30) days for good cause shown.

For questions regarding this document or transmission, please call our CM/ECF help desk at 1-866-323-1101.

THUS DONE October 5, 2022.

**TONY R. MOORE**
**CLERK OF COURT**